IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARIA S. CARUSO,

    Plaintiff,

v.

REID PAULMAN, DENNIS YANKE and
HOLLY OTT,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-394-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction or, alternatively, as frivolous under 28 U.S.C. § 1915(e)(2)(b)(1).

By: _____, Deputy Clerk      1-11-2013
    Peter Oppeneer, Clerk of Court                               Date